UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARMEN SANCHEZ,<br>        Plaintiff,<br>vs.<br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. EDCV 08-1701-RC<br><br><br>JUDGMENT |

    IT IS ADJUDGED that Judgment shall be entered in favor of defendant.

DATED: January 21, 2010      /S/ ROSALYN M. CHAPMAN
                                      ROSALYN M. CHAPMAN
                                 UNITED STATES MAGISTRATE JUDGE

R&R-MDO\08-1701.jud
1/21/10